

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00175-CV
No. 07-26-00149-CV

**IN THE INTEREST OF B.R.M. AND M.M.M., CHILDREN**

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2016-522,264, Honorable Douglas H. Freitag, Presiding

March 4, 2026

## ORDER OF SEVERANCE AND DISMISSAL

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Swanna Flores, appeals from the trial court's *Order in Suit Affecting the Parent-Child Relationship*. This Court previously abated and remanded the appeal for a determination of whether Flores was entitled to preparation of the reporter's record without payment of costs pursuant to Rule of Civil Procedure 145. Following a hearing on remand, the trial court entered *Findings and Orders Upon Remand from Court of Appeals Concerning Request for Free Reporter's Record*, finding that Flores was entitled to a free reporter's record and directing the reporter to prepare it.

Appellee, Jordan McEwen, subsequently filed a notice of appeal seeking to challenge the trial court's *Findings and Orders Upon Remand from Court of Appeals Concerning Request for Free Reporter's Record*. That order, however, is not appealable by McEwen. Rule of Civil Procedure 145(g)(1) expressly states that "[o]nly the declarant may challenge an order issued by the trial court under this rule." Because Flores filed the Statement of Inability to Afford Payment of Court Costs, she is the "declarant" and the only party that may appeal the trial court's order concerning payment of costs. *See* TEX. R. CIV. P. 145(b), (g)(1). By letter of February 5, 2026, we directed McEwen to file a written response, no later than February 17, 2026, establishing this Court's jurisdiction over his purported appeal. McEwen has not responded to the Court's directive to date.

Because we lack jurisdiction to review the trial court's order granting Flores relief under Rule of Civil Procedure 145, we dismiss McEwen's appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Accordingly, we sever McEwen's appeal into cause number 07-26-00149-CV, and dismiss it.

Flores's appeal shall continue to disposition under appellate cause number 07-25-00175-CV.

It is so ordered.

Per Curiam

2